# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**LATAVIOUS DONTE GRAHAM,**

        **Plaintiff,**

**v.**                              **Case No. 1:17cv68-MW/GRJ**

**D. ELLIOTT,**

        **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 42. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. Defendant's Motion for Summary Judgment, ECF No. 38, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims against Defendant are dismissed with prejudice." In so stating, this Court notes that Plaintiff has not objected to the report and recommendation arguing that he sought, or seeks, nominal damages. The Clerk shall close the file.

**SO ORDERED on July 28, 2018.**

                              **s/Mark E. Walker**_____
                              **United States District Judge**